IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MUNICIPALITY OF SAN JUAN, et al.<br><br>     Plaintiffs,<br><br>          vs.<br><br>UNITED STATES OF AMERICA<br>          Defendant. | CIVIL NO. 05-1452 (JP) |
| MIGUEL A. MORALES, et al.<br><br>     Plaintiffs,<br><br>          vs.<br><br>DR. FONTANEZ SULLIVAN, et al.,<br>          Defendants. | CIVIL NO. 06-1451 (JP) |

**JUDGMENT**

The Court has before it the Parties' "Settlement Agreement" (**docket No. 28**), which is attached hereto and made to form part hereof and the terms of which are hereby incorporated by reference, wherein the parties inform the Court that they have settled this case.

Pursuant thereto, the Court hereby **ENTERS JUDGMENT** for Plaintiffs Andrea Mercado Avilez, Johanna Morales Mercado, and Katty Morales Mercado to have and recover from the Defendants the total amount of **FORTY THOUSAND DOLLARS ($40,000.00)**, and hereby **DISMISSES** the Complaints in the above-captioned matters **WITH PREJUDICE.**

CIVIL NO. 05-1452 (JP)        -2-

    This Judgment is entered without the imposition of costs and attorneys' fees.

**IT IS SO ORDERED AND ADJUDGED.**

    In San Juan, Puerto Rico, this 14th day of August, 2006.

                                                  s/Jaime Pieras, Jr.
                                                    JAIME PIERAS, JR.
                                         U.S. SENIOR DISTRICT JUDGE

Case 3:06-cv-01451-JP Document 20-30 Filed 08/14/2006 Page 2 of 2
Case 3:05-cv-01452-JP Document 29 Filed 08/14/2006 Page 2 of 2